IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID CLINTON GASAWAY
d/b/a GASAWAY FARMS                                                     PLAINTIFF

v.                                  CASE NO. 5:08CV00212 BSM

UNION PACIFIC RAILROAD COMPANY                         DEFENDANT

## **ORDER**

Pursuant to the stipulation of dismissal, this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 30th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE